IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR <br> ENVIRONMENTAL RESPONSIBILITY <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES <br> DEPARTMENT OF DEFENSE <br><br> Defendant. | Civil Action No. 06-0660 (JDB) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking an order that Defendants produce reports related to enforcement of the Clean Air Act. Defendants respectfully move this Court for a thirty (30) day enlargement of time through and including June 19, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due May 19, 2006.

2. Defendants have been diligently working on this matter; however, defendant needs additional time to review the issues presented, prepare an appropriate answer, motion, or other response, and to compile an administrative record or Vaughn index as appropriate.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5.  Defendants' counsel has attempted to contact Plaintiff's counsel to gain his consent to this enlargement but has been unable to reach him.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

                                            Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____/s/_____
RUDOLPH C. CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 06-0660 (JDB) |
| **THE UNITED STATES DEPARTMENT OF DEFENSE** | ) ) ) ) | |
| **Defendant.** | ) ) ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Enlargement of Time within which to answer, move, or otherwise respond to the Complaint in this matter, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including June 19th, 2006, to answer, move, or otherwise respond to the Complaint.

Dated this _____ day of _____, 2006.

_____
John D. Bates
United States District Judge

Copies to:

Parties via ECF