IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF DEFENSE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0660 (JDB) |

**DEFENDANTS' CONSENT MOTION NUNC PRO TUNC FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking an order that Defendants produce reports related to enforcement of the Clean Air Act. Defendants respectfully move this Court for a thirty (30) day enlargement of time under Fed. R. Civ. P. 6(b)(2), through and including August 19, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint was due July 19, 2006.

2. The parties have made progress toward a possible settlement of the case and Defendant has provided Plaintiff with documents it hopes will facilitate that end. The additional time will allow the sides to continue those discussions and allow defendant to file an answer or dispositive motion if the discussions prove fruitless.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the third enlargement of time sought in this matter.

5.  Plaintiff through counsel consents to this enlargement.

6.  Defendant respectfully requests that the Court treat this motion as if timely filed. Undersigned counsel was out of state on business travel on the due date and inadvertently allowed the deadline to pass.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____/s/_____
RUDOLPH C. CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY**      **Plaintiff,**    v.    **THE UNITED STATES DEPARTMENT OF DEFENSE**      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-0660 (JDB) |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Enlargement of Time within which to answer, move, or otherwise respond to the Complaint in this matter, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including August 19, 2006, to answer, move, or otherwise respond to the Complaint.

Dated this _____ day of _____, 2006.

John D. Bates
United States District Judge

Copies to:

Parties via ECF