IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY**<br><br>        **Plaintiff,**<br><br>v.<br><br>**THE UNITED STATES DEPARTMENT OF DEFENSE**<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0660 (JDB) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking an order that Defendants produce reports related to enforcement of the Clean Air Act. Defendants respectfully move this Court for a thirty (30) day enlargement of time, through and including September 20, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

    1. Defendants' answer, motion or other response to the Complaint is currently due August 21, 2006.

    2. The parties have made progress toward a possible settlement of the case and Defendant has provided Plaintiff with documents it hopes will facilitate that end. The additional time will allow the sides to continue those discussions and allow defendant to file an answer or dispositive motion if the discussions prove fruitless.

    3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the fourth enlargement of time sought in this matter.

5. Defendant has attempted to contact Plaintiffs' counsel regarding this motion but has been unable to reach him.

For these reasons, defendants request that the Court grant their Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

        Respectfully submitted,

        _____/s/_____
        KENNETH L. WAINSTEIN., D.C. Bar #451058
        United States Attorney

        _____/s/_____
        RUDOLPH C. CONTRERAS D.C. Bar No. 434122
        Assistant United States Attorney

        _____/s/_____
        KEVIN K. ROBITAILLE
        Special Assistant U.S. Attorney
        Civil Division
        555 Fourth St., N.W.
        Washington, D.C. 20530
        202-353-9895 / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR <br> ENVIRONMENTAL RESPONSIBILITY <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES <br> DEPARTMENT OF DEFENSE <br><br> Defendant. | Civil Action No. 06-0660 (JDB) |

## **ORDER**

Upon consideration of Defendant's Consent Motion for an Enlargement of Time within which to answer, move, or otherwise respond to the Complaint in this matter, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including September 19, 2006, to answer, move, or otherwise respond to the Complaint.

Dated this _____ day of _____, 2006.

_____
John D. Bates
United States District Judge

Copies to:

Parties via ECF