IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR<br>ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br>DEPARTMENT OF DEFENSE<br><br>Defendant. | Civil Action No. 06-0660 (JDB) |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Defendant, by and through its attorneys, and, for its Answer to the Plaintiff's Complaint in the above entitled and numbered cause, herein admits, denies, and alleges as to the enumerated paragraphs of Plaintiff's Complaint as follows:

1. Paragraph 1 contains Plaintiff's summary of the action to which no response is required. Should an answer be required, Defendant admits that the action is brought pursuant to the Freedom of Information Act (FOIA) and denies the remaining allegations.

2. Paragraph 2 contains a statement of Jurisdiction to which no response is required. Should an answer be required, the allegations are admitted.

3. Defendant is without knowledge of information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and on that basis denies them.

4. Defendant admits the first sentence of paragraph 4 and denies the second sentence.

5. Admit.

6. Admit.

7. Admit.

8. Defendant is without knowledge of information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and on that basis denies them.

9. Admit.

10. Defendant admits that its response to the FOIA request exceeded the statutory time period.

11. Deny.

12. Defendant admits that the requested reports have been released for previous years. Defendant denies the remaining allegations in Paragraph 12 and avers that no quarterly or annual reports were created for 2003. Defendant further avers that the information which would comprise the report has been provided to Plaintiff without redaction.

13. Admit.

14. Admit.

15. Defendant admits the first sentence and denies the second sentence of paragraph 15 .

16. Admit.

17. Defendant admits that its response to the FOIA request exceeding the statutory time period.

18. Admit.

19. Defendant admits that the requested reports have been released for previous years. Defendant denies the remaining allegations in Paragraph 12 and avers that no quarterly or annual reports were created for 2004. Defendant further avers that the information which would comprise the report has been provided to Plaintiff without redaction.

20. Paragraph 20 contains Plaintiff's prayer for Relief to which no response is required. Should an answer be required, Defendant denies that Plaintiff is entitled to any relief.

**AFFIRMATIVE DEFENSES**

1. Defendants have not improperly withheld any agency records. On September 8th, 2006 the Defendant provided Plaintiff with a copy of all responsive agency records.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully prays that upon final hearing thereof, the Court will enter judgment in favor of the Defendant and against Plaintiff in all things, and dismiss the above styled and numbered cause in its entirety with prejudice, and grant all such other and further relief at law or in equity to which the Defendants may be justly entitled.

Respectfully submitted,

_____/s_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895