IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR<br>ENVIRONMENTAL RESPONSIBILITY<br><br>              Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br>DEPARTMENT OF DEFENSE<br><br>              Defendant. | Civil Action No. 06-0660 (JDB) |

## CONSENT MOTION FOR TO ESTABLISH A BRIEFING SCHEDULE

Plaintiff, Public Employees For Environmental Responsibility and Defendant Department of Defense have agreed in principal to settle this case. Although the parties do not anticipate that further briefing will be required, in response to the Court's September 21, 2006 order defendant proposes the following briefing schedule in this Freedom of Information Act case:

Dispositive Motions due by November 17, 2006.

Memorandum of Points and Authorities in Opposition due by December 18, 2006.

Reply memorandum due by January 5, 2007.

Plaintiff through counsel, consents to this schedule.

    A proposed Order consistent with this Motion is attached.

                                      Respectfully submitted,

                                      _____
                                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                      United States Attorney

_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895