IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF DEFENSE<br><br>Defendant. | Civil Action No. 06-0660 (JDB) |

## ORDER

Upon consideration of Defendant's Consent Motion to Establish a Briefing Schedule, and the Court having considered the entire record herein, it is, this _____ day of _____, 2005,

    ORDERED that the Joint motion is GRANTED, and it is further

    ORDERED that Dispositive Motions shall be filed not later than November 17, 2006.

    ORDERED that Oppositions shall be filed not later than December 18, 2006.

    ORDERED that replies, if any shall be filed by January 5, 2007.

SO ORDERED.

_____
John D. Bates
United States District Judge

Copies to:
Parties via ECF