## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PUBLIC EMPLOYEES FOR** ) | |
| **ENVIRONMENTAL RESPONSIBILITY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-0660 (JDB)** |
| ) | |
| **THE UNITED STATES** ) | |
| **DEPARTMENT OF DEFENSE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## STIPULATION OF SETTLEMENT

The parties, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the court, as follows:

1.      The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2.      Defendants shall pay Plaintiff's attorney a lump sum of One Thousand Dollars ($1,000.00) in attorneys' fees and costs in this matter.

3.      Payment of the attorneys' fees and costs award will be made by a check drawn on the account of the United States as set forth in paragraph two, made payable to Public Employees for Environmental Responsibility.  Counsel for Defendant agree that, upon notification of the Court's approval of this Stipulation, they will promptly complete and transmit to the Treasury of the United States the documentation necessary to effectuate this payment.

4.      Defendant agrees to provide Plaintiff with a completed spreadsheet containing

QPDA Data for years 2002 to 2006, within 45 days of the date this Stipulation is filed with the

Court.

5.      This Stipulation shall represent full and complete satisfaction of all claims arising

from the allegations set forth in the complaint filed in this action, including full and complete

satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this

case.  Plaintiff agrees to forever discharge, release, and withdraw any and all claims, demands

and causes of action that it has asserted or could have asserted in the above-captioned civil

action.

6.      This Stipulation shall not constitute an admission of liability or fault on the part of

the United States, its agents, servants, or employees, and is entered into by both parties for the

sole purpose of compromising disputed claims and avoiding the expenses and risks of further

litigation.

7.      This Stipulation shall be binding upon and inure to the benefit of the parties

hereto and their respective successors and assigns.

8.      The parties agree that this Stipulation will not be used as evidence or otherwise in

any pending or future civil or administrative action against the United States, or any agency or

instrumentality of the United States.

9.      Execution of this Stipulation by attorneys for Plaintiff and Defendant, and filing

of this Stipulation with the Court shall constitute a dismissal of this action with prejudice

pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, except that the Court shall

have jurisdiction to reinstate this action on motion of any Party to resolve a claim of

noncompliance with the terms of this Stipulation.


Respectfully submitted,


___/s/_____          _____/s/_____
RICHARD E. CONDIT                 JEFFREY A. TAYLOR, D.C. Bar # 498610
General Counsel                   United States Attorney
Public Employees for
Environmental Responsibility
2000 P Street, NW, Suite 240      _____/s/_____
Washington, D.C. 20036            RUDOLPH CONTRERAS D.C. Bar No. 434122
Counsel for Plaintiff             Assistant United States Attorney

                                  ____/s/_____
                                  STEVEN M. RANIERI
                                  Special Assistant U.S. Attorney
                                  555 Fourth Street, N.W..
                                  Washington, D.C. 20530
                                  (202) 353-9895
                                  Counsel for Defendant


APPROVED AND SO ORDERED.


    On this _____ day of _____, 2006.


    _____
    JOHN D. BATES
    United States District Judge